**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOBBY JEHU STROUP,                          )
                                            )
            Petitioner,                     )    3:12-cv-00414-RCJ-VPC
                                            )
vs.                                         )    **ORDER**
                                            )
RENEE BAKER, *et al.*,                      )
                                            )
            Respondents.                    )
_____/

Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, but he has failed to simultaneously submit either a motion for leave to proceed *in forma pauperis* or payment of the $5.00 filing fee. Petitioner shall be sent a motion for leave to proceed *in forma pauperis* form, should he wish to apply for pauper status, and alternatively given an opportunity to pay the requisite filing fee.

**IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a new motion for leave to proceed *in forma pauperis* form and instructions therefor. Petitioner shall have **thirty (30) days** from the date of entry of this order within which to file a motion for leave to proceed *in forma pauperis*. Alternatively, petitioner shall have **thirty (30) days** from the date of

///

///

///

entry of this order within which to have prison officials deduct from his prison account and send to the Clerk of Court the full $5.00 filing fee. Failure to do so may result in the dismissal of this action.

Dated this 6th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE